# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2010

Marilyn Kelly,
Chief Justice

141283

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 141283
                                    COA: 297513

ASHLEY ELIZABETH OLIVER,
     Defendant-Appellant.
                                    Genesee CC: 07-020162-FH

_____/

     On order of the Court, the application for leave to appeal the May 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

_____
Clerk

p0922